IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

**JEFFREY BRYAN SMITH,**

        Plaintiff,

CV 10-344-SU

vs.

ORDER

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security**

        Defendant.

Based upon the Stipulation of the parties, it is hereby
ORDERED that attorney fees in the amount of $5,039.03 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of Treasury's Offset Program, the check for EAJA fees shall be made payable to Richard Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. There are no costs or expenses to be paid herein.

Dated: 25 Oct, 2011.

                                                          MICHAEL W. MOSMAN
                                                          United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY